THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDELL M. ARMSTEAD, *et al.*, | CASE NO. C20-5327-JCC-JRC |
| Plaintiffs, | ORDER |
| v. | |
| RONALD HAYNES, *et al.*, | |
| Defendants. | |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, to which there have been no objections, and the remaining record, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 80);

(2) Defendants' motion for summary judgement (Dkt. No. 72) is GRANTED, and Plaintiffs' claims are dismissed with prejudice;

The Clerk is directed to send copies of this Order to plaintiffs, counsel for defendants, and to Magistrate Judge J. Richard Creatura.

//

//

1    DATED this 9th day of February 2023.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-5327-JCC-JRC
PAGE - 2